CO-386-online
10/03

# United States District Court
# For the District of Columbia

GoldWave Inc.,                )
                              )
                              )
                              )
              vs   Plaintiff  )     Civil Action No._____
                              )
Bose Corp.,                   )
                              )
                              )
              Defendant       )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for   Plaintiff   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of   GoldWave Inc.   which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

941823
BAR IDENTIFICATION NO.

PHILIP L. O'NEILL
Print Name

400 SEVENTH STREET, N.W.
Address

WASHINGTON, D.C.  20004-2218
City          State          Zip Code

(202) 638-6666
Phone Number