AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

GoldWave Inc.,

    Plaintiff,

V.

Bose Corp.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00707
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 4/25/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Bose Corp.      Serve: Registered Agent
The Mountain           C T Corporation Systems
Framingham, MA 01701-9168   1015 15th Street, N.W.
                                      Ste. 1000
                                      Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marsha G. Gentner
Philip L. O'Neill
JACOBSON HOLMAN PLLC
400 Seventh Street, N.W.
Washington, D.C. 20004-2201
(202) 638-6666

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**      APR 25 2008

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | April 29, 2008 |
| NAME OF SERVER (PRINT)  Cheryl L. Chapman | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Served upon Registered Agent, C T Corporation Systems, 1015 15th Street, NW, Suite 1000, Washington, D.C. 20005-2606  By: Louis Lance

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 29, 2008         *[signature]* Cheryl L. Chapman
              Date                   Signature of Server

                                     400 Seventh Street, NW, Washington, DC 20004-2201
                                     Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.