UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLDWAVE INC.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOSE CORPORATION,<br><br>　　　　　Defendant. | APPEARANCE<br><br>Civil Action No. 1:08-cv-00707 CKK |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Christian Chu as counsel in this case for Defendant Bose Corporation.

Dated:  May 15, 2008
　　　　　　　　　　　　　　　　　　　/s/ Christian Chu
　　　　　　　　　　　　　　　　　　　Christian Chu – DC# 483948 10/4/04
　　　　　　　　　　　　　　　　　　　Fish & Richardson P.C.
　　　　　　　　　　　　　　　　　　　1425 K Street, N.W.
　　　　　　　　　　　　　　　　　　　11th Floor
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　Telephone: (202) 783-5070
　　　　　　　　　　　　　　　　　　　Facsimile: (202) 783-2331

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Bose Corporation

Of counsel:
Cynthia Johnson Walden, Esq.
Amy L. Brosius, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 15th day of May 2008.

                                    /s/ Christian Chu
                                    Christian Chu

21925908.doc