UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLDWAVE INC.<br><br>    Plaintiff,<br><br>v.<br><br>BOSE CORPORATION,<br><br>    Defendant. | Civil Action No. 1:08-cv-00707 CKK |

**ASSENTED-TO MOTION TO EXTEND DEADLINE TO ANSWER COMPLAINT BY BOSE CORPORATION**

Defendant, Bose Corporation ("Bose"), hereby respectfully requests that the Court extend the deadline for Bose to answer Plaintiff Goldwave Inc.'s ("Plaintiff") complaint, or otherwise plead.

Plaintiff filed its complaint on April 25, 2008. (*See* Docket 1.)  Bose was served with the summons and a copy of the complaint on April 29, 2008 and the present deadline for Bose to answer or otherwise plead is May 19, 2008.  (*See* Docket 3.)  Bose is preparing a settlement proposal to Plaintiff that may resolve this lawsuit.  Accordingly, Bose seeks additional time, up to and including June 18, 2008, to file its answer or otherwise plead.

Plaintiff has indicated that it assents to the filing of this motion.

1

| | |
|---|---|
| Dated: May 15, 2008 | /s/ Christian Chu |
| | Christian Chu – DC# 483948 10/4/04 |
| | Fish & Richardson P.C. |
| | 1425 K Street, N.W. |
| | 11th Floor |
| | Washington, D.C. 20005 |
| | Telephone: (202) 783-5070 |
| | Facsimile: (202) 783-2331 |
| | |
| | Attorneys for Defendant Bose Corporation |

<u>Of counsel</u>:
Cynthia Johnson Walden, Esq.
Amy L. Brosius, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

CERTIFICATE OF SERVICE

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 15th day of May 2008.

                                                                /s/ Christian Chu
                                                                Christian Chu

21923760.doc