UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

GOLDWAVE INC.

Plaintiff,

v.

BOSE CORPORATION,

Defendant.

Civil Action No. 1:08-cv-00707 CKK

---

**DEFENDANT BOSE CORPORATION'S CERTIFICATE RULE LCvR 7.1**

---

I, the undersigned, counsel of record for Defendant Bose Corporation certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of Bose Corporation which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Dated:  May 15, 2008

/s/ Christian Chu
Christian Chu – DC# 483948 10/4/04
Fish & Richardson P.C.
1425 K Street, N.W.
11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070

Attorney for Defendant Bose Corporation

Of counsel:
Cynthia Johnson Walden, Esq.
Amy L. Brosius, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone: (617) 542-5070

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 15th day of May 2008.


/s/ Christian Chu
Christian Chu


21925812.doc