UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLDWAVE INC.,<br><br>                Plaintiff,<br><br>v.<br><br>BOSE CORPORATION,<br><br>                Defendant. | Civil Action No. 1:08-cv-00707 CKK |

**ASSENTED-TO MOTION TO EXTEND DEADLINE TO ANSWER COMPLAINT BY BOSE CORPORATION**

Defendant, Bose Corporation ("Bose"), hereby respectfully requests that the Court extend the deadline for Bose to answer Plaintiff Goldwave Inc.'s ("Plaintiff") complaint, or otherwise plead.

Plaintiff filed its complaint on April 25, 2008. (*See* Docket 1.) Bose was served with the summons and a copy of the complaint on April 29, 2008. On May 15, 2008, Bose moved this Court to extend the deadline for Bose to answer Plaintiff's Complaint to up to and including June 18, 2008. On May 20, 2008, this Court granted Bose's motion. Plaintiff and Bose are still working towards a mutually-agreeable settlement to resolve this lawsuit. Accordingly, Bose seeks additional time, up to and including July 18, 2008, to file its answer or otherwise plead.

Plaintiff has indicated that it assents to the filing of this motion.

1

| | |
|---|---|
| Dated: June 17, 2008 | /s/ Christian Chu<br>Christian Chu – DC# 483948 10/4/04<br>Fish & Richardson P.C.<br>1425 K Street, N.W.<br>11th Floor<br>Washington, D.C. 20005<br>Telephone: (202) 783-5070<br>Facsimile: (202) 783-2331<br><br>Attorneys for Defendant Bose Corporation |

Of counsel:
Cynthia Johnson Walden, Esq.
Amy L. Brosius, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 17th day of June 2008.

/s/ Christian Chu
Christian Chu