IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOLDWAVE, INC.,

    Plaintiff,

v.

BOSE CORP.,

    Defendant.

Case: 1:08-cv-00707
Assigned To: Judge Colleen Kollar-Kotelly

## JOINT MOTION FOR STAY

Plaintiff, Goldwave, Inc., and Defendant, Bose Corp., hereby jointly move for a stay of the present action, in accordance with the attached proposed Order.[1] In support of their Joint Motion, the parties submit the following.

This is an action seeking review of a decision of the Trademark Trial and Appeal Board ("TTAB") of the U.S. Patent and Trademark Office ("PTO"), sustaining an opposition to Plaintiff's application for federal trademark registration of the mark GoldWave. The parties believe they have reached a settlement in principle of this action and the underlying (TTAB) agency action. Such a resolution involves the filing of a new application for the GoldWave mark by Plaintiff with the PTO. However, because the PTO could refuse to register such new application, and/or a third party could oppose such new application, the parties also have agreed as part of the settlement in principle that in such instance, the present action would resume to allow Plaintiff to proceed with its challenge to the TTAB decision.

---

[1] In a July 16, 2008 joint telephone conference with Judge Kollar-Kotelly's chambers, it was indicated that the parties should submit such a proposed Order with the present Joint Motion.

The deadline for seeking District Court (or appellate) review of a TTAB decision in an opposition proceeding is statutory. See 15 U.S.C. §1071(a)(2) and (b)(1). Therefore, even if this action were to be dismissed without prejudice, with the right of Plaintiff to re-file its action for agency review in the event registration of its newly filed application is refused or opposed, Plaintiff would be barred, statutorily, from re-filing such action. Accordingly, the parties respectfully submit that there is good cause for the stay which they seek.

Dated: July 17, 2008

/s/ Marsha G. Gentner
Marsha G. Gentner (DC # 251405)
Philip O'Neill (DC # 941823)
Jacobson Holman PLLC
400 7th St., NW, 6th Floor
Washington, DC 20004
Telephone: 202-638-6666
Facsimile: 202-393-5350
Mgentner@jhip.com, poneill@jhip.com

Attorneys for Plaintiff Goldwave, Inc.

/s/ Christian Chu
Christian Chu (DC # 483948)
Fish & Richardson P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: 202-783-5070
Facsimile: 202-7832331

Of counsel:
Cynthia Johnson
Amy L. Brosius
Fisk & Richardson, P.C.
225 Franklin Street
Boston, MA

Attorneys for Defendant Bose Corp.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOLDWAVE, INC.,

       Plaintiff,

    v.

BOSE CORP.,

       Defendant.

Case: 1:08-cv-00707
Assigned To: Judge Colleen Kollar-Kotelly

### ORDER

The parties having jointly moved for an order to stay the present action, and it appearing to the Court that there is good cause therefor, it is hereby **ORDERED**:

1. The parties shall have thirty (30) days from the date of this Order to finalize their settlement and reduce it in writing to a form agreed upon by the parties.

2. This action shall be stayed pending a final refusal by the U.S. Patent and Trademark Office to register, or expiration of the deadline for filing an opposition to, the application for U.S. trademark registration of the GoldWave mark to be filed by Plaintiff in accordance with the parties' settlement, whichever date last occurs; Plaintiff shall promptly advise the Court when such event occurs.

3. The filing of Defendant's Answer shall be deferred, until twenty (20) days after the stay in this action is lifted, or if the parties fail to finalize their settlement, until fifty (50) days from the date of this Order.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge