IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOLDWAVE, INC.,

    Plaintiff,

v.

BOSE CORP.,

    Defendant.

Case: 1:08-cv-00707
Assigned To: Judge Colleen Kollar-Kotelly

**FILED**

JUL 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

The parties having jointly moved for an order to stay the present action, and it appearing to the Court that there is good cause therefor, it is hereby **ORDERED**:

1.    The parties shall have thirty (30) days from the date of this Order to finalize their settlement and reduce it in writing to a form agreed upon by the parties.

2.    This action shall be stayed pending a final refusal by the U.S. Patent and Trademark Office to register, or expiration of the deadline for filing an opposition to, the application for U.S. trademark registration of the GoldWave mark to be filed by Plaintiff in accordance with the parties' settlement, whichever date last occurs; Plaintiff shall promptly advise the Court when such event occurs.

3.    The filing of Defendant's Answer shall be deferred, until twenty (20) days after the stay in this action is lifted, or if the parties fail to finalize their settlement, until fifty (50) days from the date of this Order.

**SO ORDERED.**

                          _____
                          COLLEEN KOLLAR-KOTELLY
                          United States District Judge

July 18, 2008