UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLDWAVE INC.<br><br>    Plaintiff,<br><br>  v.<br><br>BOSE CORPORATION,<br><br>    Defendant. | Civil Action No. 1:08-cv-00707 CKK |

**JOINT MOTION TO EXTEND DEADLINE TO FINALIZE SETTLEMENT AND REDUCE SAME TO WRITING**

Defendant, Bose Corporation ("Bose") and Plaintiff, Goldwave, Inc. ("Goldwave"), hereby respectfully jointly request that the Court extend the present August 17, 2008 deadline for the parties to finalize their settlement and reduce it in writing to a form agreed upon by the parties, pursuant to this Court's July 18, 2008 Order.

Plaintiff, Goldwave, Inc. ("Plaintiff") and Bose are presently negotiating the terms of a written settlement agreement that will provide for a resolution of this lawsuit. Although the parties are diligently working to finalize a written settlement agreement, the parties require additional time to do so beyond the present August 17, 2008 deadline set by the Court.

Accordingly, Goldwave and Bose jointly seek a two-week extension of the present deadline, up to and including September 2, 2008, to finalize and reduce to writing a settlement agreement.

Plaintiff has indicated that it assents to the filing of this motion.

1

| | |
|---|---|
| Dated: August 15, 2008 | /s/ Marsha G. Gentner |
| | Marsha G. Gentner - DC #251405 |
| | Philip O'Neil - DC# 941823 |
| | Jacobson Holman PLLC |
| | 400 7th Street, NW |
| | 6th Floor |
| | Washington, D.C. 20004 |
| | Telephone: (202) 638-666 |
| | Facsimile: (202) 393-5350 |
| | |
| | *Attorneys for Plaintiff Goldwave, Inc.* |
| | |
| | /s/ Christian Chu |
| | Christian Chu – DC# 483948 10/4/04 |
| | Fish & Richardson P.C. |
| | 1425 K Street, N.W. |
| | 11th Floor |
| | Washington, D.C. 20005 |
| | Telephone: (202) 783-5070 |
| | Facsimile: (202) 783-2331 |
| | |
| | *Attorneys for Defendant Bose Corporation* |

Of counsel:
Cynthia Johnson Walden, Esq.
Amy L. Brosius, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

CERTIFICATE OF SERVICE

  I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 15th day of August 2008.

                /s/ Christian Chu
                Christian Chu

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GOLDWAVE INC.<br><br>    Plaintiff,<br><br>v.<br><br>BOSE CORPORATION,<br><br>    Defendant. | Civil Action No. 1:08-cv-00707 CKK |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FINALIZE SETTLEMENT AND REDUCE SAME TO WRITING**

  Plaintiff, Goldwave, Inc. ("Goldwave") and Defendant, Bose Corporation ("Bose") are presently negotiating the terms of a written settlement agreement that will provide for a resolution of this lawsuit. Accordingly, this Court grants the parties' Joint Motion allowing an additional two weeks of time, up to and including September 2, 2008, to finalize and reduce to writing a settlement agreement.

  ORDERED, this _____day of August, 2008.

                  **THE HONORABLE COLLEEN KOLLAR-KOTELLY**