# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GOLDWAVE, INC.,

      Plaintiff,

       Case: 1:08-cv-00707
       Assigned To: Judge Colleen Kollar-Kotelly

      v.

BOSE CORP.,

      Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Goldwave, Inc., and Defendant, Bose Corp., hereby jointly advise that the parties have finalized their settlement and reduced it in writing to a form agreed upon by the parties.

Pursuant to the Court's July 18, 2008 Order, this action remains stayed, in accordance with the terms of that Order.[1]

Dated: September 2, 2008

/s/ Marsha G. Gentner
Marsha G. Gentner (DC # 251405)
Philip O'Neill (DC # 941823)
Jacobson Holman PLLC
400 7th St., NW, 6th Floor
Washington, DC 20004
Telephone: 202-638-6666
Facsimile: 202-393-5350
Mgentner@jhip.com, poneill@jhip.com

Attorneys for Plaintiff Goldwave, Inc.

---

[1]    The parties' settlement provides for the filing of a new application with the U.S. Patent and Trademark Office ("PTO"). The July 18, 2008 Order stayed this case until the PTO either issues a final refusal to register that new application, or the deadline for filing an opposition to that application expires (whichever later occurs). Plaintiff is required to promptly notify the Court when such event occurs.

/s/ Christian Chu
Christian Chu (DC # 483948)
Fish & Richardson P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: 202-783-5070
Facsimile: 202-7832331

Of counsel:
Charles Hieken
Amy L. Brosius
Fisk & Richardson, P.C.
225 Franklin Street
Boston, MA 02110

Attorneys for Defendant Bose Corp.